**Order filed September 3, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00408-CV

———————

### GIOVANNY LAGUAN, Appellant

### V.

### R.D. PARIKH, Appellee

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-052722**

## O R D E R

Appellant's brief was due July 29, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 5, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM